

JS - 6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

BRETT LEE WILLIAMS,

    Petitioner,

v.

TREVINO, Warden,

    Respondent.

Case No. CV 10-00142-RSWL (MLG)

JUDGMENT

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: June 28, 2011

RONALD S.W. LEW
———————————————
Ronald S.W. Lew
Senior United States District Judge